*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-10-00731-CV

Jerry **LEA** and Karen Lea,
Appellants

v.

**REAL COUNTY, TEXAS** and W. B. Sanson, Jr., in his official capacity as County Judge, Real
County, Texas,
Appellees

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2008-2776-DC
Honorable Stephen B. Ables, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  June 15, 2011

DISMISSED

Appellants have filed a motion to dismiss this appeal due to settlement.  The motion

contains a certificate of service to appellees, who have not opposed the motion.  Therefore, we

grant the motion and dismiss the appeal.  TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are

taxed against the party who incurred them.

                                        PER CURIAM